UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
JOSEPH,

       Plaintiffs,

  -against-

OMNICOM, INC. ET AL,

       Defendants.
------------------------------------------------------------ x

1:19-cv-9971 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

On November 22, 2019, Defendants filed a letter with this Court requesting a pre-motion conference on an anticipated motion to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(6). (ECF No. 12). Per this Court's Individual Rules, upon the filing of such a letter motion, the opposing party must within three business days submit a letter, not to exceed three pages, setting forth its position. To date, Plaintiff has not responded. Accordingly, Plaintiff is ORDERED to respond to Defendant's letter motion by January 14, 2020 indicating its position on Defendants' contemplated motion.

**SO ORDERED.**

Dated:  January 7, 2020
    New York, New York

                   **ANDREW L. CARTER, JR.**
                   United States District Judge